UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DE LEON LOPEZ,<br><br>                Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>                Respondents. | Case No.:  3:26-cv-1615-CAB-AHG<br><br>**ORDER FOR SUPPLEMENTAL INFORMATION** |

Petitioner stated that he is in removal proceedings and had a hearing scheduled for April 2, 2026.  [Doc. No. 1 at 7.]  The Court **ORDERS** the parties to file a joint status update by **April 8, 2026** regarding the hearing and its outcome.

It is **SO ORDERED**.

Dated:  April 6, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-1615-CAB-AHG