

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DANIEL DE LEON LOPEZ,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No.:  3:26-cv-1615-CAB-AHG

**ORDER REQUIRING A BOND HEARING**

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Daniel De Leon Lopez.  [Doc. No. 1 ("Petition").] Petitioner claims his detention without a bond hearing since March 5, 2026 violates, *inter alia*, the Administrative Procedure Act.  [*Id.* at 7, 9.]  Petitioner argues that he is not subject to the mandatory detention provision of 8 U.S.C. § 1225(b)(2) as a noncitizen residing within the United States.  [*Id.* at 9.]

Respondents concede that this case is "not materially distinguishable" from "this District's prior decisions" which found similarly situated petitioners were detained pursuant to 8 U.S.C. § 1226(a) and thus entitled to bond hearings.  [Doc. No. 4 at 3.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated

regulations by **April 17, 2026**.  The Clerk of the Court shall close the case on April 21, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  April 9, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-1615-CAB-AHG